FILED '09 JAN 26 15:53 USDC-LAE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTRELLE M. BANKS
Plaintiff

– vs–

THE LEONA GROUP
Defendant

CIVIL ACTION

NUMBER:  **09 - 0338**

SECTION:

MAG. DIV.  **SECT. S MAG 3**

**JURY TRIAL**

## COMPLAINT PURSUANT TO TITLE VII OF THE 1964 CIVIL RIGHTS ACT

**NOW INTO COURT** comes Plaintiff, ANTRELLE BANKS, appearing through undersigned counsel, and respectfully represents:

### I. JURISDICTION

1.      This court has jurisdiction pursuant to Title VII of the Civil Rights of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*.  Plaintiff filed a charge of discrimination on October 31, 2007, with the Equal Employment Opportunity Commission ("EEOC"), alleging that Defendant, The Leona Group, discriminated against her, because of her sex, female, and retaliated against her for engaging in conduct protected under the law..  The EEOC issued a Notice of Right to Sue Letter dated October 28, 2008.  This Complaint is filed within ninety (90) days of receipt of said

Fee 350
Process Em(j)sm S
X  Dktd
____ CtRmDep
____ Doc. No

Notice of Right to Sue.   Plaintiff also invokes supplemental jurisdiction as to those matters

cognizable under the Constitution and laws of the state of Louisiana.

## II. **PARTIES**

2.       Plaintiffs herein is Antrelle Banks, a person of full age of majority and

domiciled in the parish of Orleans, state of Louisiana.  At all times relevant hereto, she was

employed with Defendant in the capacity of "office manager."

3.       Defendant herein is The Leona Group, an educational service provider, or

management company, for charter schools in a number of locations in the United States.

Defendant manages two schools in New Orleans, Louisiana, New Orleans Free Academy, and

McDonogh City Park Academy.  Plaintiff was employed at Defendant's operation located in New

Orleans, Louisiana, and housed at the New Orleans Free Academy, located at 3601 Camp Street,

New Orleans, LA.   Defendant is an employer within the terms of Title VII.

## III.  **STATEMENT OF FACTS**

4.       Plaintiff was hired by Defendant as the office manager of the New Orleans Free

Academy, earning $28,000 a year plus benefits.   As the office manager, Plaintiff worked directly

under and reported to Mrs. Cynthia Moore, the principal of the New Orleans Free Academy.

5.       On November 1, 2007, at approximately 11:30 a.m., an altercation occurred

between two young female students, which was broken up by school officials.  Shortly thereafter,

Plaintiff was asked by Darren Bickham, an instructor at the school, to telephone the police officer

who was somewhat of a resource person for the school.  Plaintiff, in the presence of Mr.

Bickham, telephoned Mrs. Moore to determine the reason for calling the police officer, but she

was unsuccessful.   The telephone line remained open, and Plaintiff and Darren Bickham

continued their telephone conversation.   During the course of the conversation, nothing discourteous was discussed regarding Mrs. Moore.

6.      One of the young girls was brought to the claimant's office, and the other was brought to an adjoining office.  Although the fight terminated, the young girls continued to threaten and insult each other.  When it appeared that the fight would reoccur, Plaintiff and Mr. Bickham, brought the young ladies to Mrs. Moore's office.

7.      Mrs. Moore made a decision to summon New Orleans police officers, who arrived at approximately 12:30 p.m.  The students were subsequently released to their parents.

8.      Mrs. Moore summoned Plaintiff and Mr. Bickham to her office and informed them that she had overheard their conversation, due to the fact that Plaintiff's telephone line remained open.  She informed them that she would undertake an investigation into their actions and would notify them of the results of the investigation upon its completion.  They were suspended pending the investigation.

9.      Mrs. Moore completed her investigation on November 16, 2008.  She advised Plaintiff that she had been terminated.  Mr. Bickham was not discharged.  He was suspended from November 5, 2008 until the conclusion of the investigation, on November 16, 2008. Plaintiff received a termination letter on November 28, 2007.

10.      Plaintiff, a female, was terminated, whereas Mr. Bickham, a male, was merely suspended notwithstanding the fact that they allegedly engaged in the same conduct – conduct which was neither demeaning to Mrs. Moore nor insubordinate.

11.      At all times relevant hereto, Mrs. Moore, in terminating Plaintiff and suspending Mr. Bickham, was acting within the course of his employment with Defendant.

## IV.  CAUSE OF ACTION

12.     Title VII prohibits an employer from discriminating against an employee because of her sex.

13.     Mrs. Moore wrongfully, wilfully and intentionally  stated that Plaintiff was insubordinate and disrespectful, knowing that was not the case.

14.     Her reasons for terminating Plaintiff were pretext for sex discrimination, for she failed to terminate Mr. Bickham for alleging in the same conduct as Plaintiff.

## V.  STATEMENT OF CLAIM AND REQUEST FOR RELIEF

15.     As a result of Mrs. Moore's actions, plaintiff was terminated due to her sex.

16.     In so doing, Defendant wilfully, wrongfully and intentionally violated Plaintiff's rights pursuant to Title VII.

17.     As a result of Mrs. Moore's wanton and willful disregard of Plaintiff's rights pursuant to Title VII , Plaintiff seeks and is entitled to recover attorney's fees and costs.

18.     As a further result of Mrs. Moore's wanton and willful disregard of Plaintiff's Title VII rights, Plaintiff seeks, and is entitled to, an award of punitive damages.

19.     As a further result of Mrs. Moore's wanton and willful disregard of Plaintiff's Title VII rights, Plaintiff requests that the Court, in addition to the relief requested hereinabove, award Plaintiff any and all additional relief deemed appropriate and necessary to effectuate the purposes of the Title VII.

## VI.  TRIAL BY JURY

20.     Plaintiff requests a trial by jury as to all issues so triable.

Respectfully submitted:

RONALD L. WILSON (#13575)
909 Poydras Street – Suite 2556
New Orleans, Louisiana 70112
PH:     (504) 525-4361
FAX:    (504) 525-4380
E-mail: cabral2@aol.com